QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
EDWARD PATRICK BENNINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   Case No. CR.S-04-461-GEB
            Plaintiff,          )
                                )   **STIPULATION AND ORDER**
      v.                        )
                                )   DATE:  May 27, 2005
EDWARD PATRICK BENNINGER,       )   TIME:  9:00 a.m.
                                )   JUDGE: Hon. Garland E. Burrell, Jr.
            Defendant.          )
                                )
_____)

     It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, EDWARD PATRICK BENNINGER, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of May 13, 2005 at 9:00 a.m. be vacated and that a further status conference be set for Friday, May 27, 2005 at 9:00 a.m.

     This continuance is being requested because the parties expect that this matter will be resolved with a plea to a misdemeanor information filed before a magistrate judge.  The parties request two weeks to draft and execute a misdemeanor and to put the matter on the magistrate judge's calendar.

/ / /

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 27, 2005, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)[preparation of counsel] (Local Code T4).

DATED: May 12, 2005.                    Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

                                        /s/ Rachelle Barbour
                                        _____
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        EDWARD PATRICK BENNINGER


                                        McGREGOR SCOTT
                                        United States Attorney


                                        /s/ Rachelle Barbour for
DATED: May 12, 2005.                    _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

_____**O R D E R**

**IT IS SO ORDERED.**

Dated:  May 12, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge