IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                    Case No. CR.S-04-461 GGH

      vs.

EDWARD PATRICK BENNINGER,

      Defendant.                 <u>ORDER</u>
_____/

        For the reasons set forth in the record, and based upon the information contained in the pretrial services report, the court, on its own motion, finds that defendant should be examined pursuant to 18 U.S.C. § 4244(b). In addition to statutory compliance with the requisites of the report, the examiner shall determine, if medically possible, whether the defendant, if released outside of a locked down custodial facility, and as a result of mental disease of defect, would pose a substantial risk of bodily injury to another person or serious damage to the property of another person. <u>See</u> 18 U.S.C. § 4246(a).

\\\\\

\\\\\

\\\\\

\\\\\

1

1  The parties shall supply to the examining physician copies of all pertinent
2  statutory provisions related to the examination.
3  The examination shall take place forthwith.
4  DATED: 6/7/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

benninger.exam