QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD PATRICK BENNINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S. 04-461-GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER RE: RELEASE |
| | ) | OF PRETRIAL SERVICES REPORT AND |
| EDWARD PATRICK BENNINGER, | ) | SUPPORTING DOCUMENTATION |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | Judge: Hon. Gregory G. Hollows |

On June 7, 2005, this Court signed an Order referring Mr. Benninger for examination pursuant to 18 USC § 4244(b). The Pretrial Services Officer in this case has compiled a detailed report on Mr. Benninger to aid the Court. The parties stipulate and request that the Court order the pretrial services report and any and all supplemental reports and supporting documentation released to the examiner. The parties have agreed on an examiner and will forward the examiner's

//
//

contact information to the Pretrial Services Office so that the report and documents can be forwarded directly.  Pretrial Services Officer Phil Davis has reviewed and concurs in this stipulation and request.

Dated:  June 7, 2005                    Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                        /s/ Rachelle Barbour_____
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        EDWARD PATRICK BENNINGER



                                        /s/ Rachelle Barbour for_____
                                        MATTHEW STEGMAN
                                        Assistant United States Attorney

# O R D E R

The Court hereby orders the pretrial services report and any and all supplemental reports and supporting documents released to the examiner selected by the parties for use in Mr. Benninger's evaluation and treatment while in custody under 18 U.S.C. § 4244(b).

Dated: 6/13/05                   /s/ Gregory G. Hollows
                                 _____
                                    HON. GREGORY G. HOLLOWS
                                    U.S. Magistrate Judge
benninger461.ord

2