UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 8, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-04-0461-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| EDWARD P. BENNINGER, ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  EDWARD P. BENNINGER , Case No. CR.S-04-0461-GGH  , Charge  18USC§ 111(A)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

___    Bail Posted in the Sum of $___

      ___    Unsecured Appearance Bond

      ___    Appearance Bond with 10% Deposit

      ___    Appearance Bond with Surety

      ___    Corporate Surety Bail Bond

✔    (Other)    RELEASED TO THE CUSTODY OF PROJECT REDIRECTION/CO IVAN IRIE

Issued at  Sacramento, CA  on  August 8, 2005  at  9:20 am .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court